# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DINAH WAGNER | § § § | |
| VS. | § § | Case No. 4:08cv299 (Judge Schneider/Judge Mazzant) |
| EDEMNIFY, LLC, and SALVATORE E. CASTRONOVA | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On November 13, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion for Summary Judgment be GRANTED.

The Court, having made a *de novo* review of the objections raised by Plaintiff, as well as Defendants' response to Plaintiff's objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Defendants Edemnify, LLC and Salvatore E. Castronova's Motion for Summary Judgment (Dkt. #18) is GRANTED.

**IT IS SO ORDERED.**

**SIGNED this 15th day of December, 2009.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE